**No. 17-1384**

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

SOURCE SEARCH TECHNOLOGIES, LLC,

*Plaintiff-Appellant*,

*v.*

KAYAK SOFTWARE CORPORATION,

*Defendant-Appellee.*

Appeal from the United States District Court for the District of New Jersey
in Case No. 1:11-cv-03388-NLH-KMW, Judge Noel L. Hillman

# CERTIFICATE OF INTEREST

January 3, 2017

Counsel for the Defendant-Appellee, KAYAK Software Corporation, certifies the following:

1. Full Name of Party Represented by me:

KAYAK Software Corporation, dba Kayak.com.

2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is:

None.

3. Parent corporations and publicly held companies that own 10% or more of stock in the party:

KAYAK Software Corporation is a wholly-owned subsidiary of The Priceline Group Inc. No other corporate parents or publicly held corporations own 10% or more of KAYAK Software Corporation's stock.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Rosemary Alito
Bryan Cantrell
**K&L Gates LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102

John J. Cotter
George S. Haight IV
Andrea B. Reed
James A. Culverwell
Christopher Centurelli
**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111

Respectfully submitted,

Date: January 3, 2017

*/s/ John J. Cotter*
John J. Cotter

John J. Cotter
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone (617) 261-3100
Facsimile (617) 261-3175
john.cotter@klgates.com

*Counsel for Defendant-Appellee, KAYAK Software Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017, a true and correct copy of the foregoing **CERTIFICATE OF INTEREST** was electronically filed through the Court's ECF system and served via the Court's transmission of the Notice of Docket Activity to the registered parties below:

Jeffrey I. Kaplan
Kaplan Breyer Schwarz & Ottesen, LLP
100 Matawan Road
Matawan, New Jersey
Telephone (732) 578-0103
Facsimile (732) 578-0104
jkaplan@kbsolaw.com

*Counsel for Plaintiff-Appellant, Source Search Technologies, LLC*

Date: January 3, 2017

*/s/ John J. Cotter*
John J. Cotter